UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:
Carolyn Walker,

Chapter 13
Case No. 16-14277-MSH

Debtor,

**DEBTOR'S MOTION TO VOLUNTARILY DISMISS CASE**

Now comes the Debtor, by counsel, and hereby moves pursuant to Section 1307 of the Code to Dismiss her Case.

In support of this Motion, Debtor states:

1. Debtor believes Dismissal is her best interests at this time.

WHEREFORE, Debtor moves to Voluntarily Dismiss her Case for the reasons stated herein and for all relief deemed just and equitable.

Respectfully Submitted
Debtor's Counsel

/s/ John F. Sommerstein
John F. Sommerstein
98 N. Washington Street
Boston, MA 02114
(617) 523-7474

03/22/2017 Allowed.